UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 30 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DAVONTA MELVIN ROWLAND,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　Civil Action No. 14-138
　　　　　　　　　　　　　　　　　)
UNITED STATES SUPERIOR COURT,　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　)

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

According to plaintiff, on November 19, 2013, Judge Melvin Wright of the Superior Court of the District of Columbia issued an Order which "clearly breaks laws of our United States Constitution." Compl. at 1. For this alleged abuse of process, negligence and legal malpractice, plaintiff demands compensation of $6,000,000,000,000.00. *Id.* If the Court were to grant plaintiff the relief she demands, the Court necessarily must review or reverse the decision of a Superior Court judge. This is a matter over which this Court has no jurisdiction. *See, e.g., Mooreman v. U.S. Bank, N.A.*, No. 10-1219, 2010 WL 2884661, at *1 (D.D.C. July 10, 2010); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, 1994 WL 474995 (D.C. Cir. 1994), *cert. denied*, 513 U.S. 1150 (1995). Accordingly, the Court will dismiss this action. An Order is issued separately.

DATE: January 8, 2014　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　United States District Judge